UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs:<br><br><br>CECILIO BENITEZ,<br><br>　　　　　　Defendant. | Case No. **CR-09-00332-13-DSF**<br><br>ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) FOR DEFENDANT CECILIO BENITEZ |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10, the sentence for defendant CECILIO BENITEZ, Federal Register No. 56229-112, in the above-captioned case shall be reduced from 70 months to 60 months.

DATED: 7/31/12

　　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CC: Elizabeth Finchum, USPO; Patricia Foster, USPO
D. Miranda, R. Barnes, and D. Giddings, BOP
Gerry Kirk, US Sentencing Commission

ORDER REDUCING SENTENCE